1 | *Counsel listed on next page*
2
3
4
5
6
7
8 | UNITED STATES DISTRICT COURT
9 | CENTRAL DISTRICT OF CALIFORNIA
10
11 | OSCAR WILLIS, | No. 2:14-cv-04916-MWF-(JEMx)
12 | Plaintiff, | [~~PROPOSED~~] ORDER ON STIPULATED PROTECTIVE ORDER
13 | vs.
14 | RITE AID CORPORATION,
15 | Defendant. | Judge: Hon. Michael W. Fitzgerald
16

1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
3  RIGHETTI GLUGOSKI, P.C.
   456 Montgomery Street, Suite 1400
4  San Francisco, California 94104
   Telephone: (415) 983-0900
5  Facsimile: (415) 397-9005
   mike@righettilaw.com
6

7  Attorney for Plaintiff
   Jesus Santillan
8
   JEFFREY D. WOHL (Cal. State Bar No. 096838)
9  GINA GUARIENTI COOK (Cal. State Bar No. 245611)
   JULLIE Z. LAL (Cal. State Bar No. 279067)
10 JUSTIN M. SCOTT (Cal. State Bar No. 302502)
11 PAUL HASTINGS LLP
   55 Second Street, 24th Floor
12 San Francisco, California 94105-3441
   Telephone: (415) 856-7000
13 Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
14 ginacook@paulhastings.com
15 jullielal@paulhastings.com
   justinscott@paulhastings.com
16
   CHRIS A. JALIAN (Cal. State Bar No. 295564)
17 PAUL HASTINGS LLP
   515 South Flower Street, 25th Floor
18 Los Angeles, California 90071
19 Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
20 chrisjalian@paulhastings.com

21 Attorneys for Defendant
   Rite Aid Corporation
22

23
24
25
26
27
28

ORDER ON STIPULATED
PROTECTIVE ORDER
U.S.D.C., C.D. CAL., No. 2:14-cv-04916-MWF-(JEMx)

LEGAL_US_W # 85113523.1

1  Pursuant to Stipulation, it is so Ordered that the Parties are bound by the
2  Stipulated Protective Order.
3
4  Dated: March 11, 2016.
5
   _____
   United States District Judge
6  Hon. Michael W. Fitzgerald
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-

ORDER ON STIPULATED
PROTECTIVE ORDER
U.S.D.C., C.D. CAL., NO. 2:14-cv-04916-MWF-(JEMx)

LEGAL_US_W # 85113523.1